NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GERARDO C. AOANAN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI,** Secretary of Veterans Affairs,
*Respondent-Appellee.*

---

2012-7076

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-3682, Judge Ronald M. Holdaway.

## ORDER

The United States Court of Appeals for Veterans Claims ("Veterans Court") received Gerardo C. Aoanan's notice of appeal on January 24, 2012. Judgment was entered by the Veterans Court on July 1, 2011. As such, a total of 207 days had elapsed between judgment and receipt of the appeal.

Section 7292(a), Title 38, United States Code requires that a notice of appeal of the decision of the Veterans Court be filed within 60 days after that court's entry of judgment or order. Thus, it appears that this appeal is untimely and must be dismissed.

Accordingly,

IT IS ORDERED THAT:

(1) Mr. Aoanan is directed to show cause, within the next 60 days, as to why his appeal should not be dismissed as untimely. The Secretary may also respond by that date.

(2) The briefing schedule is stayed.

FOR THE COURT

MAR 0 7 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Gerardo C. Aoanan
     Amanda L. Tantum, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 7 2012

JAN HORBALY
CLERK